**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Janice Hawkins
                    Plaintiff,

v.                                          Case No.: 3:21–cv–50266
                                                      Honorable Philip G. Reinhard

Rockford Public Schools
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 20, 2023:

      MINUTE entry before the Honorable Philip G. Reinhard: Pursuant to the stipulation of dismissal [85] filed by the parties, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Case closed. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.